UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*



| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:07-CR-060-RCJ-RAM |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BRANDY NAFZIGER ) | |
| ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#40) on March 17, 2009.  Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment.  Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: CHASE
Amount of Restitution: $795.17

Name of Payee: SPRINT PCS
Amount of Restitution: $489.34

**Total Amount of Restitution ordered:**  $1,284.51

Dated this __26th__ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE